UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:23-cv-80961

FK CONSTRUCTION FUNDING, LLC.,
a Florida limited liability company,

       Plaintiff,

vs.

CLEARVIEW CABLE, LLC., a
foreign corporation, and SHANE
RICHARDSON, individually,

       Defendants.

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT IN SEPARATE DOCUMENT

Plaintiff, FK Construction Funding, LLC. ("Plaintiff"), by and through undersigned counsel, pursuant to F.R.C.P. 58(d) respectfully requests that the Court enter the final judgment made part of the Order on Motion for Entry of Consent Judgment as a separate document entitled Consent Final Judgment, and states:

    1.    On October 31, 2023, a Joint Notice of Settlement and Motion for Entry of Consent Final Judgment was filed with the Court. (D.E. # 31),

    2.    As part of the motion, Plaintiff and defendants, Clearview Cable, LLC., and Shane Richardson ("Defendants") requested that the Court enter a proposed Consent Final Judgment which was agreed to by the parties and attached to the motion. A copy of the proposed Consent Final Judgment is attached hereto.

    3.    On November 13, 2023, this Court entered an Order on Motion for Entry of Consent Judgment. (D.E. # 32). As part of that Order, this Court granted judgment in

favor of Plaintiff, and against defendants, Clearview Cable, LLC., and Shane Richardson, for $1,340,000., plus interest at the prevailing rate.

4.  While the Court entered a final judgment in favor of Plaintiff, it did so only in the body of the Order and not in a separate Consent Final Judgment document.

5.  In order to avoid any possible confusion upon executing on the Final Judgment, Plaintiff respectfully requests that this Court enter the Consent Final Judgment which form was previously agreed to by all the parties.

## MEMORANDUM

F.R.C.P. 58(d) provides that "(a) party may request that judgment be set out in a separate document as required by Rule 58(a)." Plaintiff respectfully requests that pursuant to the parties' agreement, the form of the Consent Final Judgment submitted be entered by this Court.

WHEREFORE, Plaintiff requests this Court the judgment entered in this matter be set out in the separate document submitted hereto as a Consent Final Judgment.

## **CERTIFICATION PURSUANT TO S.D. LOCAL RULE 7.1(A)(3)**

Pursuant to S.D.Fla. L.R. 7.1, the undersigned counsel for Plaintiff has conferred with all parties who may be affected by the relief sought in the motion and the undersigned has been advised that they agree with the relief sought in this motion.

        GENE D. LIPSCHER, P.A.
        Attorneys for Plaintiff
        1025 West Indiantown Road, Suite 106
        Jupiter, Florida 33458
        (561) 747-4848/(561) 747-4410 Fax

        By:   /s/ Gene D. Lipscher
                GENE D. LIPSCHER
                FBN: 904228
                lipscher@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the CM/ECF system, as well as furnished via Email to: Andrew Bounderud, Esq. (Andrew@Jax.Lawyer), Attorney for Defendant, Shane Richardson, 2130 Riverside Ave, Jacksonville, FL 32204 and Andres Robles Cruz, Esq., (arc@roblescruzlaw.com), Attorney for Defendant, Clearview Cable, LLC., 517 W. Colonial Drive, Orlando, FL 32804-6803 on this 3rd day of November, 2023.

                GENE D. LIPSCHER, P.A.
                Attorneys for Plaintiff
                1025 West Indiantown Road, Suite 106
                Jupiter, FL 33458
                (561) 747-4848 /(561) 747-4410 Fax

By:    /s/ Gene D. Lipscher
         GENE D. LIPSCHER
         FBN: 904228
         lipscher@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:23-cv-80961

FK CONSTRUCTION FUNDING, LLC.,
a Florida limited liability company,

    Plaintiff,

vs.

CLEARVIEW CABLE, LLC., a
foreign corporation, and SHANE
RICHARDSON, individually,

    Defendants.
_____/

## CONSENT FINAL JUDGMENT

**THIS CAUSE** having come before the Court on October 31, 2023, wherein counsel for the parties advised the Court that the parties have reached a settlement at the global mediation conducted on October 30, 2023, and as part of the settlement agreement, the parties have agreed to the entry of this Consent Final Judgment in favor of plaintiff, FK Construction Funding, LLC., and against, defendants, Clearview Cable, LLC., and Shane

73443454;1

Richardson, jointly, severally and individually, and Court otherwise being fully advised in the premises, it is thereupon

**ORDERED AND ADJUDGED** that Final Judgment shall be and hereby is entered in favor of plaintiff, FK Construction Funding, LLC., 218 S. U.S. Highway 1, Suite 101, Tequesta, FL 33469 and against defendants, Clearview Cable, LLC., a foreign corporation organized under the laws of Louisiana, 4750 Sherwood Commons Blvd., Baton Rouge, LA 70816, and Shane Richardson, 15023 West Lakefront Drive, Gonzales, Louisiana 70737, jointly, severally and individually, in the amount of ONE MILLION THREE HUNDRED FORTY THOUSAND ($1,340,000.00) Dollars, which shall bear interest at the prevailing rate, for which sum let execution issue; it is further

**ORDERED AND ADJUDGED** that the Court hereby reserves jurisdiction to enter further orders as necessary in this action.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this _____ day of October 31, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

73443454;1